HORACE A. DEMAREST, Respondent, *v.* ANDREW J.
RICE et al., Appellants.

*Demarest* v. *Rice*, 177 App. Div. 883, affirmed.
(Argued May 22, 1919; decided June 6, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
February 13, 1917, affirming a judgment in favor of
plaintiff entered upon a verdict. The action was in
ejectment. Plaintiff claimed to be the owner of the
premises in question, as sole heir-at-law of his deceased
father. The plaintiff was born December 26, 1890.
His father died on August 22, 1894, leaving a last will and
testament, dated August 29, 1889, by which his entire
estate was given to his widow, Lillie Demarest. This
will was subsequently admitted to probate. The widow
remarried on April 19, 1897. The basis of the plaintiff's
claim was that, as the will contained no provision in his
favor, it was void as to him and that the decedent's entire
estate descended to him by force of the statute, subject
alone to the widow's right of dower and her rights in
whatever personalty the decedent had left. The defend-
ants Rice acquired the premises in question under a deed
containing full covenants and a warranty of title, made
by the plaintiff's mother in October, 1910. The plaintiff,
who became of age on December 26, 1911, executed on
that day a quitclaim deed of the premises to the defend-
ants Rice, the purchasers from plaintiff's mother.
Plaintiff introduced evidence tending to show that the
deed was procured from him by deceit and without
consideration.

*Philip S. Dean* for appellants.

*Louis O. Van Doren* and *Herrick McClenthen* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.